(No. 3220— )

F. J. Fessant and Robert C. Clark, Claimants, *vs.* State of Illinois, Respondent.

*Opinion filed May 11, 1938.*
*Award vacated September 13, 1938.*

(No. 3214— )

N. W. Wilson, Doing Business as Wilson Funeral Service, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed May 11, 1938.*
*Award vacated September 13, 1938.*

(No. 3213— )

N. W. Wilson, Doing Business as Wilson Funeral Service, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed May 11, 1938.*
*Award vacated September 13, 1938.*

(No. 3205— )

Walter G. Scott, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed May 11, 1938.*
*Award vacated September 13, 1938.*

(No. 3245— )

Naperville Nurseries, Inc., Claimant, *vs.* State of Illinois.

*Opinion filed September 14, 1938.*

Mecartney & Vail, for claimant.

Otto Kerner, Attorney General; Murray F. Milne, Assistant Attorney General, for respondent.

Mr. Justice Yantis delivered the opinion of the court:

Claimant, an Illinois corporation, at the request of O. J. Schneider, District Landscape Engineer, Division of High-